# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141741(59)


PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RAMON LEE BRYANT,
      Defendant-Appellee.

_____

SC: 141741
COA: 280073
Kent CC: 01-008625-FC


On order of the Chief Justice, the motion by plaintiff-appellee for extension to August 10, 2011 of the time for filing their brief on appeal is considered and it is granted.




I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2011 _____

_____
Clerk